IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN RUIZ, p/n/s/ F.V. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DR. ALTON STRANGE, et al. | : | NO. 15-2112 |

## ORDER

**AND NOW**, this 1st day of December, 2015, upon consideration of Defendants' "Motion to Dismiss" (Docket No. 15), and Plaintiff's Response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Pursuant to Plaintiff's voluntary dismissal, the City of Philadelphia and the Philadelphia High School for Creative & Performing Arts are **DISMISSED WITHOUT PREJUDICE** as Defendants in this action.

2.    The Motion to Dismiss is **GRANTED**.

3.    The Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

3.    On or before December 22, 2015, Plaintiff may file a Second Amended Complaint that cures the deficiencies identified in the accompanying Memorandum.

BY THE COURT:

/s/John R. Padova

_____

John R. Padova, J.